U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
NOV 29 2007
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-10030-01 |
| | * | 18 U.S.C. § 751(a) |
| VERSUS | * | (Escape from Custody) |
| | * | JUDGE DRELL |
| RICHARD L. McNAIR | * | MAGISTRATE JUDGE KIRK |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about April 5, 2006, in the Western District of Louisiana, the defendant, RICHARD L. McNAIR, did knowingly escape from custody in the United States Penitentiary in Pollock, Louisiana, an institutional facility in which he was lawfully confined at the direction of the Attorney General of the United States by virtue of a conviction for the commission of an offense, in violation of Title 18, United States Code, Section 751(a).   [18 U.S.C. §751(a)]

A TRUE BILL:

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

JAMES G. COWLES, Jr. (Bar No. 4516)
ASSISTANT UNITED STATES ATTORNEY
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101