OFFICE OF THE CLERK
United States District Court
DISTRICT OF MAINE
www.med.uscourts.gov

**SCANNED**

LINDA L. JACOBSON
CLERK

NOV 19 2007 ☒

LINDA L. JACOBSON CLERK
BY
DEPUTY CLERK ☐

Edward T. Gignoux Courthouse
156 Federal Street, Rm 102
Portland, Maine 04101
(207) 780-3356

Margaret Chase Smith Courthou
P.O. Box 1007
Bangor, Maine 04402
(207) 945-0575

November 9, 2007

RE:  USA v. RICHARD LEE McNAIR
     D/ME MAG. NO. 07-55-C
     WD/LA NO. 06mg1049

Dear Sir/Madam:

The above-named defendant having appeared before Magistrate Judge David M. Cohen for a (removal) hearing on November 9, 2007, pursuant to his arrest here in the District of Maine, enclosed please find copies of the following:

1. Certified copy of docket
2. Certified copy of Commitment to Another District
3. Certified copy of Waiver of Rule 5 & 5.1 Hearings
4. Copy of Gvt Motion for Detention
5. Copy of Synopsis
6. Fax Copy of Warrant for Arrest of dft
7. Fax Copy of Criminal Complaint

Please be advised that I expect this defendant to be transported in due course to your District pursuant to the Commitment Order dated November 9, 2007. I further understand that he should be presented to a judicial officer in your district for further proceedings (preliminary examination and detention hearing).

Sincerely,

Susan L. Hall
Deputy Clerk

Enc.
cc:  Jonathan R. Chapman, AUSA
     David R. Beneman, Federal Defender
     U.S. Marshal Service
     U.S. Probation Office

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 0 4 2007

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

07-10030-01

CLOSED

## U.S. District Court
### District of Maine (Portland)
### CRIMINAL DOCKET FOR CASE #: 2:07-mj-00055-DMC-1

Case title: USA v. MCNAIR
Other court case number: 06mg1049 USDC, WD/LA

Date Filed: 11/08/2007
Date Terminated: 11/09/2007

Assigned to: MAGISTRATE JUDGE
DAVID M. COHEN

### Defendant (1)

**RICHARD LEE MCNAIR**
*TERMINATED: 11/09/2007*

represented by **DAVID R. BENEMAN**
FEDERAL DEFENDER'S OFFICE
ONE CITY CENTER
2ND FLOOR
P.O. BOX 595
PORTLAND, ME 04112-0595
207-553-7070 ext. 101
Email: David.Beneman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**

USA      represented by **JONATHAN R. CHAPMAN**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
(207) 780-3257
Email: jon.chapman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 1 | Rule 5(c)(3) Documents Received as to RICHARD LEE MCNAIR: WD/LA Warrant with (Attachments: # 1 WD/LA Criminal Complaint# 2 WD/LA Fax Cover Sheet)(slh, ) (Entered: 11/09/2007) |
| 11/08/2007 | 2 | SYNOPSIS as to RICHARD LEE MCNAIR (slh, ) (Entered: 11/09/2007) |
| 11/08/2007 | 3 | MOTION for Detention by USA as to RICHARD LEE MCNAIR. (slh, ) (Entered: 11/09/2007) |
| 11/08/2007 |  | Arrest (Rule 5) of RICHARD LEE MCNAIR per US Marshal (slh, ) (Entered: 11/09/2007) |
| 11/09/2007 | 5 | Minute Entry for proceedings held before Mag.Judge DAVID M. COHEN :Rule 5 Hearing held: Defendant advised of rights and waived identity, Attorney Appointment Hearing held as to RICHARD LEE MCNAIR, Added attorney DAVID R. BENEMAN for RICHARD LEE MCNAIR. Dft committed to custody of US Marshal for transport and further proceedings in the WD/LA. (Court Reporter FTR) (slh, ) (Entered: 11/09/2007) |
| 11/09/2007 | 6 | WAIVER of Rule 5 Hearings by RICHARD LEE MCNAIR (slh, ) (Entered: 11/09/2007) |
| 11/09/2007 | 7 | COMMITMENT TO ANOTHER DISTRICT as to RICHARD LEE MCNAIR. Defendant committed to Western District of LOUISIANA By Mag.Judge DAVID M. COHEN. (slh, ) (Entered: 11/09/2007) |
| 11/09/2007 | 8 | Rule 5 Transfer Out as to RICHARD LEE MCNAIR to WD/LA (slh, ) (Entered: 11/09/2007) |
| 11/19/2007 | 9 | Rule 5 Transfer LETTER marked received 11/14/07 by WD/LA as to RICHARD LEE MCNAIR (slh, ) (Entered: 11/19/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 12/04/2007 12:40:14 ||||
|---|---|---|---|
| PACER Login: | us4175 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-mj-00055-DMC |
| Billable Pages: | 1 | Cost: | 0.08 |

## SYNOPSIS

**Name:** Richard Lee McNair

**Address:** United States Penitentiary, Pollock, Louisiana

**Year of Birth:** 1958  **Age:** 47

**Violations:** Escape, 18 USC §751(a)

**Penalty:** Imprisonment for not more than five years; a fine of not more than $250,000, or both

**Supervised Release:** Not more than three years

**Maximum Term of Imprisonment for Violation of Supervised Release:** Not more than two years

**Maximum Term of Supervised Release for Violation of Supervised Release:** Not more than three years

**Defendant's Attorney:** David Beneman, Federal Defender

**Detention Status:** In execution of a sentence of imprisonment

**Foreign National:** No

**Consular Notification Provided:** N/A

**County:**

**AUSA:** Jonathan R. Chapman

**Primary Investigative Agency:** USMS

**Guidelines:** Apply

**Victim Case: No**

**Organizational Victims Owed Restitution:** None

**Felony Assessments:** $100

**Caption of Any Related Search Warrants:** None

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Magistrate No. 07-55-C |
| | ) |
| RICHARD LEE MCNAIR | ) |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because the case involves (check all that apply):

    ___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    ___ Crime of violence

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _x_ Serious risk defendant will flee

    _x_ Serious risk obstruction of justice

2. <u>Reasons for Detention</u>.

    (i) <u>Temporary Detention</u>. _____

    _____

    (ii) <u>Other than Temporary Detention</u>. The court should detain the defendant because there are no conditions of release which will reasonably assure:

1

    __x__ Defendant's appearance as required

    __x__ Safety of any other person and the community

3. <u>Date of Detention Hearing</u>. The United States requests that the detention hearing be held at the initial appearance.

4. <u>Length of Detention Hearing</u>. The United States will require __1/2__ hour to present its case for detention.

5. <u>Other Matters</u>. The defendant is currently in execution of a life sentence. On that basis, the Court may conclude that the issues raised by this motion are not ripe for decision.

Date:  11/8/07

    Paula D. Silsby
    United States Attorney

    /s/ Jonathan R. Chapman
    Jonathan R. Chapman
    Assistant United States Attorney
    United States Attorney's Office
    100 Middle Street
    Portland, Maine 04101
    (207) 780-3257
    jon.chapman@usdoj.gov

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings



# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE



UNITED STATES OF AMERICA

V.

RICHARD LEE McNAIR

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 07m55c

CHARGING DISTRICTS
CASE NUMBER: 06mg1049

I understand that charges are pending in the __Western__ District of __Louisiana__ alleging violation of __Title 18, U.S.C., Section 751__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(1) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ☐ ) identity hearing

( ☐ ) preliminary hearing

( ☒ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

11/9/07
Date

_____
Defense Counsel

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT
District of Maine

| UNITED STATES OF AMERICA<br>V.<br>RICHARD LEE McNAIR | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 07m55c | 06mg1049 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

Charging a violation of 18 U.S.C. § 751

**DISTRICT OF OFFENSE** Western District of Louisiana

**DESCRIPTION OF CHARGES:**

escape from custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, that facility being the United States Penitentiary in Pollock, Louisiana, a maximum security U.S. Bureau of Prisons facility.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language:

**DISTRICT OF MAINE**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/9/07
Date

Magistrate Judge David M. Cohen

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |