

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 2 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

TO: U. S. MARSHAL and/or any qualified deputy
and/or USP-POLLOCK
and/or any qualified deputy

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**YOU ARE HEREBY COMMANDED** to have the body of RICHARD L. MCNAIR (USA vs RICHARD L. MCNAIR, 1:07CR10030-001) by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Kirk, United States Magistrate Judge, of the United States District Court for the Western District of Louisiana, at the court room of said Court, in the City of Alexandria, LA, at 10:00 o'clock A.M. on the 12TH DAY DECEMBER 2007, then and there to do, submit to and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ.

**WITNESS** the Honorable James D. Kirk,
United States Magistrate Judge
at Alexandria, LA
on this 10TH DAY OF DECEMBER 2007.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE

1:07CR10030-001
U.S.A. vs. RICHARD L. MCNAIR

I have ~~partially~~ / finally executed this WHCAP by assuming custody of McNair at USP Pollock on 12-12-07 and delivering him to the Fed Crthouse ~~for further transfer to~~ .

WR Whittington
US Marshal
by: N. Cardone
Deputy US Marshal

I have ~~partially~~ / finally executed this WHCAP by assuming custody of McNair at the Fed Crthouse on 12-12-07 and delivering him to USP Pollock ~~for further transfer to~~.

WRW
US Marshal
by: N. Cardone
Deputy US Marshal