```
 1                    UNITED STATES DISTRICT COURT

 2                    WESTERN DISTRICT OF LOUISIANA

 3                         ALEXANDRIA DIVISION

 4     UNITED STATES OF AMERICA      *    CRIMINAL ACTION
                                     *    NUMBER 06-MJ-1049
 5                                   *       merged with
                                     *    CRIMINAL ACTION
 6     vs.                           *    NUMBER 07-10030-01
                                     *
 7                                   *    November 19, 2007
                                     *    2:40 p.m.
 8     RICHARD L. McNAIR             *    Pollock, Louisiana
                                     *
 9     * * * * * * * * * * * * * * * *

10

11         DETENTION HEARING AND PRELIMINARY EXAMINATION

12     Certified transcript of proceedings before the Honorable
       James D. Kirk, United States Magistrate Judge.
13

14     APPEARANCES:

15     FOR THE GOVERNMENT:     James G. Cowles, Jr.
                               United States Attorney's Office
16                             300 Fannin Street, Suite 3201
                               Shreveport, Louisiana 71101-3068
17
       FOR THE DEFENDANT:      Wayne J. Blanchard
18                             Federal Public Defenders Office
                               102 Versailles Boulevard, Suite 816
19                             Lafayette, Louisiana 70501

20
       REPORTED BY:            Myra Primeaux, RMR, CRR
21                             Post Office Box 348
                               Alexandria, Louisiana 71309-0348
22                             Phone: (318) 442-3080

23

24
       Proceedings recorded by mechanical stenography, transcript
25     produced by computer.
```

```
 1              THE COURT:  For the record, I'm James D. Kirk.
 2    I'm a United States Magistrate Judge.  We're here for a
 3    probable cause and detention hearing with regard to Mr.
 4    McNair.  This is Criminal Docket Number 06-MJ-1049.
 5         Government make its appearance for the record, please.
 6              MR. COWLES:  Yes, sir.  Jim Cowles on behalf of
 7    the United States.
 8              THE COURT:  Mr. Blanchard.
 9              MR. BLANCHARD:  Wayne Blanchard for Richard
10    McNair, Your Honor.
11              THE COURT:  All right.  And let the record
12    reflect Mr. McNair is there with you, and you-all may be
13    seated.
14         Madam Clerk, would you swear Mr. McNair to tell the
15    truth, please?
16           (Defendant sworn.)
17              THE COURT:  You can have a seat now, Mr. McNair.
18         At this point, we have, to my knowledge, Mr. Cowles, a
19    criminal complaint.  There's been no indictment or bill of
20    information filed.
21              MR. COWLES:  Correct.  It's just on a complaint
22    at this time.
23              THE COURT:  All right.  Mr. McNair, you are
24    charged by criminal complaint with a violation of 18 U.S.C.
25    Section 751, which is escape from confinement.
```

1        You may sit down, if you'd like.

2        The maximum possible penalty is five years in prison,
3    a $250,000 fine, a $100 Criminal Victim Fund assessment,
4    one year minimum to five years maximum probation, up to
5    three years supervised release.

6        I advise you that your arraignment will be scheduled
7    if and when there is an indictment or a bill of information
8    filed against you.  You will be reminded at that time of
9    these penalties as well.

10       You also have a right to a preliminary examination
11   because of the fact that no indictment or bill of
12   information has yet been filed against you.

13       Mr. Blanchard, it's my understanding your client
14   wishes to waive that right.

15              MR. BLANCHARD:  He is going to waive the
16   preliminary examination, that's correct, Your Honor.

17              THE COURT:  Is that correct, Mr. McNair?

18              THE DEFENDANT:  Yes, sir.

19              THE COURT:  All right.  That brings us, then, to
20   the last thing which is the detention hearing.

21              MR. BLANCHARD:  He's also going to waive the
22   detention hearing, Your Honor.

23              THE COURT:  All right.  Mr. McNair, is that also
24   your wish?

25              THE DEFENDANT:  Yes, sir.

1                THE COURT:  All right.  Then in that event, we
2     will wait until such time as there's an indictment or bill
3     of information and proceed with an arraignment at that
4     point.
5          Is there anything further, Mr. Cowles?
6                MR. COWLES:  No, sir.
7                THE COURT:  Mr. Blanchard?
8                MR. BLANCHARD:  No, Your Honor.
9                THE COURT:  All right.  Thank you-all.  Court is
10    adjourned.
11                   (End of proceedings at 2:43 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                       C E R T I F I C A T E
 2
 3        I, Myra Primeaux, Official Court Reporter, do hereby
 4   certify that the foregoing pages numbered 1 through 4 do
 5   constitute a true and correct record of proceedings had in
 6   said Detention Hearing and Preliminary Examination to the
 7   best of my ability and understanding.
 8        I certify that the transcript fees and format comply
 9   with those prescribed by the court and the judicial
10   conference of the United States.
11        Subscribed and sworn to this 8th day of March, 2009.
12
13                              s/ Myra Primeaux
14                              MYRA PRIMEAUX, RMR, CRR
                                U.S. Court Reporters Office
15                              Post Office Box 348
                                Alexandria, Louisiana 71309
16                              Phone: (318) 442-3080
17
18
19
20
21
22
23
24
25
```