```
 1                    UNITED STATES DISTRICT COURT

 2                    WESTERN DISTRICT OF LOUISIANA

 3                         ALEXANDRIA DIVISION

 4    UNITED STATES OF AMERICA         *     CRIMINAL ACTION
                                       *     NUMBER 07-10030-01
 5                                     *
      vs.                              *     December 12, 2007
 6                                     *     11:11 a.m.
                                       *
 7    RICHARD L. McNAIR                *     Alexandria, Louisiana
                                       *
 8    * * * * * * * * * * * * * * * * *

 9

10       INITIAL APPEARANCE, ARRAIGNMENT, and DETENTION HEARING

11

12    Certified transcript of proceedings before the Honorable
      James D. Kirk, United States Magistrate Judge.
13

14    APPEARANCES:

15    FOR THE GOVERNMENT:       James G. Cowles, Jr.
                                United States Attorney's Office
16                              300 Fannin Street, Suite 3201
                                Shreveport, Louisiana 71101-3068
17
      FOR THE DEFENDANT:        Wayne J. Blanchard
18                              Federal Public Defenders Office
                                102 Versailles Boulevard, Suite 816
19                              Lafayette, Louisiana 70501

20
      REPORTED BY:              Myra Primeaux, RMR, CRR
21                              Post Office Box 348
                                Alexandria, Louisiana 71309-0348
22                              Phone: (318) 442-3080

23

24
      Proceedings recorded by mechanical stenography, transcript
25    produced by computer.
```

```
 1                THE COURT:  The last matter on the docket here
 2     this morning is United States v. Richard L. McNair.
 3          Mr. McNair, would you stand up, please, sir?
 4          Madam Clerk, would you swear Mr. McNair to tell the
 5     truth?
 6             (Defendant sworn.)
 7                THE COURT:  Mr. McNair, do you understand, sir,
 8     that you are here for the purpose of entering a plea to the
 9     charges against you?
10                THE DEFENDANT:  Yes, Your Honor.
11                THE COURT:  And have you had a chance to read the
12     charges in the indictment?
13                THE DEFENDANT:  Yes, Your Honor.
14                THE COURT:  And have you had an adequate
15     opportunity to discuss with your attorney, Mr. Blanchard,
16     those charges?
17                THE DEFENDANT:  Yes, Your Honor.
18                THE COURT:  Do you want me to read the indictment
19     to you?
20                THE DEFENDANT:  No, Your Honor.
21                THE COURT:  All right.  I do need to advise you,
22     though, of the maximum possible penalty.  You're charged
23     with a violation of 18 U.S.C. Section 751, which is escape
24     from confinement after conviction.  The maximum possible
25     penalty is a five-year prison term, a $250,000 fine, a $100
```

1   Criminal Victim Fund assessment, one year minimum to five
2   years maximum probation, and up to three years supervised
3   release.
4       Do you understand, Mr. McNair, that if you plead
5   guilty or if you are convicted after trial, that those are
6   the maximum possible penalties and, in the case of
7   probation, the minimum possible penalty that you could
8   receive?
9           THE DEFENDANT:  Yes, Your Honor.
10          THE COURT:  With that understanding, how do you
11  plead?
12          THE DEFENDANT:  Not guilty, Your Honor.
13          THE COURT:  Let the not guilty plea be entered.
14  Trial will be set in a conference before me.  The attorneys
15  to be notified of the date and time of the conference.  I
16  am signing a criminal pretrial discovery order and
17  providing the attorneys with copies of it.
18      And a detention order was previously signed as to Mr.
19  McNair, and I assume that circumstances have not changed.
20      Mr. Blanchard, is that correct, sir?
21           MR. BLANCHARD:  I don't believe they have, Your
22  Honor.
23           THE COURT:  So Mr. McNair will continue to be
24  detained for purposes of this proceeding pursuant to that
25  order.

1          Mr. Cowles, anything further with regard to Mr.
2     McNair's case or any of these cases?
3              MR. COWLES:  No, sir.
4              THE COURT:  Mr. Blanchard?
5              MR. BLANCHARD:  I don't believe so.
6              THE COURT:  All right.  That concludes matters.
7     Each of the defendants is remanded to the custody of the
8     federal marshals.
9                  (End of proceedings at 11:14 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                        C E R T I F I C A T E

 2

 3         I, Myra Primeaux, Official Court Reporter, do hereby

 4   certify that the foregoing pages numbered 1 through 4 do

 5   constitute a true and correct record of proceedings had in

 6   said Initial Appearance, Arraignment, and Detention Hearing

 7   to the best of my ability and understanding.

 8         I certify that the transcript fees and format comply

 9   with those prescribed by the court and the judicial

10   conference of the United States.

11         Subscribed and sworn to this 8th day of March, 2009.

12

13                                   s/ Myra Primeaux

14                                   MYRA PRIMEAUX, RMR, CRR
                                     U.S. Court Reporters Office
15                                   Post Office Box 348
                                     Alexandria, Louisiana 71309
16                                   Phone: (318) 442-3080

17

18

19

20

21

22

23

24

25
```